1  LAW OFFICES OF
   **ULRICH & RAMSEY**
2  1124 11TH STREET
   MODESTO, CA  95354
3  TELEPHONE NO: (209) 529-7777
   FACSIMILE NO: (209) 526-8516
4  C.S.B. #135348

5  **ATTORNEYS FOR** PLAINTIFF
   GOLDEN VALLEY FEDERAL CREDIT UNION
6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10 **GOLDEN VALLEY FEDERAL CREDIT UNION,**    No. 2:09-CV-00355-JAM-DAD

11         Plaintiff(s),

12                                            **STIPULATION & ORDER**
   vs.                                        **TO DISMISS**
13
   **ST. PAUL MERCURY INSURANCE**
14 **COMPANY**                                 [ORIGINALLY SAN JOAQUIN
                                               COUNTY SUPERIOR COURT
15 Defendant(s).                               CASE #39-2008-00200650-CU-CL-
                                               CTK]
16

17 _____/

18
        The parties, Golden Valley Federal Credit Union and St. Paul Mercury
19
   Insurance Company have entered into a settlement agreement. The parties hereby
20
   stipulate to dismiss this action and each party to bear its own attorneys fees
21
   and costs.
22
   Dated:                                     ___/s/ Bruce E. Ramsey        .
23                                             Bruce E. Ramsey, Attorney for
                                               Plaintiffs
24
   Dated:                                     __/s/ Brian Harrison          .
25                                             Brian Harrison, Attorney for
                                               Defendants
26

27

28

LAW OFFICES OF
**ULRICH & RAMSEY**
1124 11TH STREET
MODESTO, CA  95354
TELEPHONE NO: (209) 529-7777
FACSIMILE NO: (209) 526-8516
C.S.B. #135348

ATTORNEYS FOR PLAINTIFF
GOLDEN VALLEY FEDERAL CREDIT UNION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDEN VALLEY FEDERAL CREDIT UNION**, | No. 2:09-CV-00355-JAM-DAD |
| Plaintiff(s), | **ORDER TO DISMISS** |
| vs. | |
| **ST. PAUL MERCURY INSURANCE COMPANY** | [ORIGINALLY SAN JOAQUIN COUNTY SUPERIOR COURT CASE #39-2008-00200650-CU-CL-CTK] |
| Defendant(s). | |
| _____/ | |

   **THIS MATTER** having come before the court upon the Proposed Stipulation and Order to Dismiss with Prejudice and the court having reviewed said Proposed Stipulation:

   **IT IS HEREBY ORDERED** the case of Golden Valley Federal Credit Union vs. St. Paul Mercury Insurance Company is dismissed with prejudice, and the case is closed, each party to bear its own attorney fees and costs.

Dated: July 20, 2009                                       /s/ John A. Mendez_____
                                                          Honorable John A. Mendez
                                                          United States District Court

PDF created with pdfFactory trial version www.pdffactory.com